

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CARLONE<br><br>**Plaintiff,**<br>V.<br><br>BANK OF AMERICA, N.A; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC<br><br>**Defendant.** | Civil Action No.   16-cv-1938-AJB-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Pending before the Court is the parties' Joint Motion for Dismissal, with prejudice, as to Defendant Bank of America, N.A. ("BANA"). The Court GRANTS the motion. Accordingly, this action is DISMISSED WITH PREJUDICE, each party is to bear its own fees and costs, and this Court retains jurisdiction to enforce the settlement of this action.

| | |
|---|---|
| **Date:**   6/19/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  A. Corsello<br>A. Corsello, Deputy |